478 A.2d 66

Tancraitor v. Tancraitor, Appellant.

Argued April 11, 1984. John F. Ploeger, for appellant; John E. Stember, for appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Order affirmed.